UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| vs. | ) | Cause Nos. | 1:02-cr-0128-01 (P/F) |
| | ) | | 1:06-cr-0177-01 (P/F) |
| BERNARD BURNETTE, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Bernard Burnette's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of confinement of 120 days in the custody of the Attorney General or his designee. It is recommended that defendant be confined at a community corrections center, namely, Volunteers of America, in Indianapolis, Indiana. Upon Mr. Burnette's release from confinement, he will be subject to supervised release under the conditions of supervision previously imposed by the Court at the time of sentencing.

**IT IS SO ORDERED** this day: 03/10/2011.

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Brant Cook,
Assistant U. S. Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Juval Scott,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal